# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Rodney Montgomery, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00513-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Cherrone Harris | ) | |
| Dennis Marshall | | |
| Kenneth Beaver | | |
| FNU Parker | | |
| Albert Lambert | | |
| FNU Bonner | | |
| FNU Morming | | |
| Leonard Stewart | | |
| Terry J. Lemmon | | |
| Malisa Previtire, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 4, 2017 Order.

December 4, 2017

Frank G. Johns, Clerk
United States District Court